UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRANCISCO ROSELL,

Plaintiff,

vs.                                   Case No.: 10-24043-CV-LENARD/TURNOFF

PENNCRO ASSOCIATES, INC.

Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: February 28, 2011           Respectfully submitted,

                                            /s Andrew I. Glenn
                                            Andrew I. Glenn
                                            E-mail: AGlenn@cardandglenn.com
                                            Florida Bar No.: 577261
                                            J. Dennis Card, Jr.
                                            E-mail:DCard@cardandglenn.com
                                            Florida Bar No. 0487473
                                            Card & Glenn, P.A.
                                            2501 Hollywood Boulevard, Suite 100
                                            Hollywood, Florida 33020
                                            Telephone:  (954) 921-9994
                                            Facsimile:   (954) 921-9553
                                            Attorneys for Plaintiff